IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01865-WDM-MEH

ANDY ANDERSON,

    Plaintiff,

v.

A.G. EDWARDS & SONS, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2006.**

Based upon the parties' agreement, and the entire record herein, the Joint Motion for Stipulated Protective Order [Filed March 1, 2006; Docket #10] is **granted**. The Court will sign the Protective Order and enter it on the record.