IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01865-WDM-MEH

ANDY ANDERSON,

    Plaintiff,

v.

A.G. EDWARDS & SONS, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 24, 2006.**

For good cause shown, Plaintiff's Unopposed Motion to Modify Scheduling Order [Filed July 19, 2006; Docket #20] is **granted**. The Scheduling Order is modified as follows:

| | |
|---|---|
| Expert disclosures | September 15, 2006 |
| Rebuttal expert disclosures | October 15, 2006 |
| Discovery cut-off | November 15, 2006 |
| Dispositive Motion deadline | December 15, 2006 |

The Final Pretrial Conference scheduled for February 26, 2007, at 9:00 a.m. is hereby **vacated** and **rescheduled** to **March 15, 2007, at 9:30 a.m.** The proposed Pretrial Order is to be submitted on or before March 8, 2007.

Due to a proposed, but as yet unscheduled, relocation of the Chambers for Magistrate Judge Hegarty, the parties are directed to contact Chambers at 303-844-4507 no later than ten (10) days prior to the Final Pretrial Conference to find out the location of this conference. The conference will be held either in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, or in new chambers space on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.