IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01865-WDM-MEH

ANDY ANDERSON,

    Plaintiff,

v.

A.G. EDWARDS & SONS, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 15, 2006.**

Defendant's Unopposed Motion to Modify Scheduling Order [Filed December 13, 2006; Docket #25] is **granted**. The dispositive motion deadline is reset to January 15, 2007.

Due to the parties' settlement, it is further ORDERED that dismissal papers are to be submitted on or before December 20, 2006. In the event that dismissal papers are not prepared by the deadline, the parties are to submit a status report indicating the intended time frame for dismissal.